United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Frederick Antonelli, Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 22-60753 -Civ-Scola |
| Kilolo Kijakazi, Acting | ) | |
| Commissioner for Social Security, | ) | |
| Defendant. | ) | |
| | ) | |

## Order Adopting Report and Recommendations

This matter was referred to United States Magistrate Judge Jonathan Goodman for a report and recommendation on Plaintiff Frederick Antonelli's motion for attorney's fees costs under the Equal Access to Justice Act (Pl.'s Mot., ECF No. 21). Judge Goodman has issued a report, recommending that the Court grant the motion and award fees in the requested amount of $6,885.77. (Rep. & Rec., ECF No. 22.) No objections have been filed and the time to do so has passed.

Having considered Judge Goodman's report, the record, and the relevant legal authorities, the Court **affirms and adopts** the report and recommendations (**ECF No. 22**), thus **granting** Antonelli's motion (**ECF No. 21**). As Antonelli sets forth in his motion, he is the prevailing party, the Government's position was not substantially justified, and the fee and cost requests are reasonable. The Court thus awards fees and costs in the amount of **$6,885.77**, to Plaintiff Frederick Antonelli, made payable directly to Plaintiff's counsel, Justin Jones, unless Frederick Antonelli owes a federal debt.

**Done and ordered** at Miami, Florida on May 24, 2023.

Robert N. Scola, Jr.
United States District Judge